3-01-cv-1137

AO 440 (Rev. 10/93) Summons in a Civil Action

**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 2 2 2002
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 1/17/2002 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| RONALD Z. ALAND ATTORNEY AT LAW 4313 PURDUE AVE. DALLAS, TX 75225 | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Sent by Regular mail, U.S. First Class

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $1.13 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/17/2002       *[signature]*
             Date            Signature of Server

            RONALD Z. ALAND
            ATTORNEY AT LAW
            4313 PURDUE AVE.
Address of Server  DALLAS, TX  75225

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**RZA**

# Ronald Z. Aland

*attorney at law*
*4313 purdue avenue*
*dallas, texas 75225*
*telephone 214.871.2777*
*telephone 214.871.2778*
*facsimile 214.871.2779*
*toll-free 888.871.2780*
*e-mail: ronaldzaland@aol.com*

January 15, 2002

Jonn Randel
CEO Capital Group, L.L.C.
World Trade Center
1300 Pennsylvania Avenue, NW
Suite 700
Washington, D.C. 20004

      RE:    Civil Action No.: 3:01-CV-1137-L
                 *Ashif Jiwa v. CEO Capital Group, L.L.C. and Media Fusion*

Dear Mr. Randel:

    Enclosed is a Summons; Complaint; et al.; and Acknowledgment form. To avoid being taxed with costs, execute the Acknowledgment form and return at your earliest convenience.

                                       Sincerely,

                                       Ronald Z. Aland

RZA/jlc
Enclosures
JIWA\202RANDEL.LTR2

| | | |
|---|---|---|
| cc: | United States District Clerk<br>United States District Court<br>1100 Commerce Street<br>Room 14A20<br>Dallas, Texas 75242-1003 | (w/o enclosures) |
| cc: | *Via Facsimile 972-458-1978*<br>Media Fusion | (w/o enclosures) |
| cc: | *Via Facsimile 214-349-1817*<br>Dolph B. H. Simon | (w/o enclosures) |
| cc: | *Via Facsimile 972-363-9979*<br>David Pyke | (w/o enclosures) |

# ACKNOWLEDGMENT OF SERVICE

To:                     Ronald Z. Aland

Transmittal Fax #:      214-871-2779

From:                   Jonn Randel

Re:                     Service of Process
                        Civil Action No.: 3-01-CV-1137-L
                        *Ashif Jiwa v. CEO Capital, L.L.C. and Media Fusion, Inc.*

Date:                   _____, 2002

---

☐   I acknowledge service of Summons and Complaint.


☐   I will not acknowledge service of Summons and Complaint and require compliance with Rule 4, F.R.C.P.*

---

*By failure to acknowledge service of process, I understand I may be required to pay all costs of service of process associated with service incurred by Plaintiff, Ashif Jiwa.*

jiwa\202service.jr



**RZA**

# Ronald Z. Aland

*attorney at law*
*4313 purdue avenue*
*dallas, texas 75225*
*telephone 214.871.2777*
*telephone 214.871.2778*
*facsimile 214.871.2779*
*toll-free 888.871.2780*
*e-mail: ronaldzaland@aol.com*

January 15, 2002

Jonn Randel
CEO Capital Group, L.L.C.
World Trade Center
1300 Pennsylvania Avenue, NW
Suite 700
Washington, D.C. 20004

      RE:    Civil Action No.: 3:01-CV-1137-L
                  *Ashif Jiwa v. CEO Capital Group, L.L.C. and Media Fusion*

Dear Mr. Randel:

      Enclosed is a Summons; Complaint; et al.; and Acknowledgment form. To avoid being taxed with costs, execute the Acknowledgment form and return at your earliest convenience.

                                      Sincerely,

                                        Ronald Z. Aland

RZA/jlc
Enclosures
JIWA\202RANDEL.LTR2

| | | |
|---|---|---|
| cc: | United States District Clerk<br>United States District Court<br>1100 Commerce Street<br>Room 14A20<br>Dallas, Texas 75242-1003 | (w/o enclosures) |
| | *Via Facsimile 972-458-1978* | |
| cc: | Media Fusion | (w/o enclosures) |
| | *Via Facsimile 214-349-1817* | |
| cc: | Dolph B. H. Simon | (w/o enclosures) |
| | *Via Facsimile 972-363-9979* | (w/o enclosures) |
| cc: | David Pyke | |

Subj: **Jiwa v CEO et al**
Date: 1/15/2002 11:24:49 AM Central Standard Time
From: dpyke@dallastrial.com
To: ronaldzaland@aol.com
Sent from the Internet *(Details)*

Ronald,

After receiving the Court's order, I had already contacted my clients concerning acceptance of service. I expect to hear from them in a few days and should be able to respond -- one way or another -- to your request to waive citation and service.

**David M. Pyke**
214.368.7880
214.363.9979 (fax)
e-mail: *dpyke@dallastrial.com*
web: *www.dallastrial.com*

One Meadows Building
6700 North Central Expressway
Dallas, Texas 75206

# UNITED STATES DISTRICT COURT

Northern District of Texas

ASHIF JIWA

**SUMMONS IN A CIVIL CASE**

V.

JOHN RANDEL, MICHAEL YOUNG
CEO CAPITAL GROUP, LLC
And MEDIA FUSION, INC

CASE NUMBER: 3-01-CV-1137-L

TO: (Name and address of Defendant)

John Randel
c/o CEO Capital Group, LLC
1300 Pennsylvania Ave, NW #700
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald Z Aland
4313 Purdue Ave
Dallas, Texas 75225
214-971-2777
amended 214-971-2779 (Fax)

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. amended

CLERK OF COURT

CLERK Charlotte A. Braswell                    DATE JAN __ __

(By) DEPUTY CLERK